IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PATRICK O'FRIEL and
PATRICIA DESIREE OSCARSSON,

    Plaintiffs,                                     Case No.: 2:12-cv-10343
                                                                       Hon. Lawrence P. Zatkoff

v.

COMMERCIAL RECOVERY SYSTEMS, INC.

    Defendant.

| GARY D. NITZKIN (P41155) | CHARITY A. OLSON (P68295) |
|---|---|
| Michigan Consumer Credit Lawyers | Olson Law Group |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 22142 W. Nine Mile Road | 106 E. Liberty, Suite 303 |
| Southfield, MI 48033 | Ann Arbor, MI 48104 |
| 248-353-2882 | 734-222-5179 |
| Fax: 248-353-4840 | Fax: 866-941-8712 |
| gnitzkin@creditor-law.com | colson@olsonlawpc.com |

## NOTICE OF SETTLEMENT

The parties have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to all parties, with prejudice, no later than August 30, 2012.

                                            Respectfully Submitted,

                                            /s/ Charity A. Olson
                                            Charity A. Olson (P68295)
                                            Olson Law Group
                                            Attorneys for Defendant
                                            106 E. Liberty, Suite 303
                                            Ann Arbor, MI  48104
                                            T (734) 222-5179
                                            F (866) 941-8712
July 16, 2012                              colson@olsonlawpc.com