UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

PATRICK O'FRIEL and
PATRICIA DESIREE OSCARSSON
    Plaintiffs,

-vs.-                                  Case No 2:12-cv-10343
                                       Hon. Lawrence P. Zatkoff

COMMERCIAL RECOVERY SYSTEMS, INC.
    Defendant.
_____

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, stipulate to the dismissal of this action with prejudice and without fees or costs to either party.


/s/ Gary Nitzkin                               /s/ Charity A. Olson
Gary D. Nitzkin (P41155)              Charity A. Olson (P68295)
Attorney for Plaintiff                     Olson Law Group
Nitzkin & Associates                   Attorneys for Defendant
22142 West Nine Mile Road          106 E. Liberty, Suite 206
Southfield, Michigan  48034         Ann Arbor, MI 48104
(248) 353-2882                             (734) 222-5179
gnitzkin@creditor-law.com           colson@olsonlawpc.com

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

PATRICK O'FRIEL and
PATRICIA DESIREE OSCARSSON
    Plaintiffs,
-vs.-                                      Case No 2:12-cv-10343
                                                  Hon. Lawrence P. Zatkoff

COMMERCIAL RECOVERY SYSTEMS, INC.
    Defendant.
_____

## ORDER OF DISMISSAL

The Court having reviewed the parties' Stipulation of Dismissal and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiffs' claims as to Commercial Recovery Systems, Inc. are dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

                                                  S/Lawrence P. Zatkoff
                                                  Hon. Lawrence P. Zatkoff

Dated:  August 26, 2012